In the Matter of the Claim of CARMINE DE FALCO, Appellant, against BORO ASPHALT COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to have appeal heard on original record denied on the ground that it appears from both the moving and papers in opposition that a question of fact was presented for consideration of the Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of JULES PEPIN, Claimant, against BERT MUSSEN, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Appellate Division on typewritten record denied, on the ground that the claimant has failed to show a meritorious claim. The evidence discloses that the business of the employer was that of a dairy farmer. Claimant was employed to assist in the construction of a tenement building, and while so engaged was injured. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of SELINA WHITE, Respondent, against 1081 PARK AVENUE, INC., and Others, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion to dismiss appeal denied, without prejudice to renew, on the ground that it appears that the Industrial Board has recalled the file from the Attorney-General, and has under consideration application for a rehearing. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.